UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KELLY MARIE THIBODEAUX | CIVIL ACTION NO. 6:17-CV-00261 |
| VERSUS | JUDGE DOHERTY |
| AT&T MOBILITY SERVICES, LLC AND/OR AT&T CORP. AND/OR AT&T INC. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation,

(1) the defendants' Fed. R. Civ. P. 12(b)(5) motion with regard to defendant AT&T Inc. is GRANTED, and the claims asserted against AT&T Inc. are dismissed without prejudice for insufficient service;

(2) the defendants' Fed. R. Civ. P. 12(b)(2) motion with regard to defendant AT&T Inc. is GRANTED, and the claims asserted against AT&T Inc. are dismissed without prejudice for lack of personal jurisdiction;

(3) the plaintiff is given an opportunity to amend her complaint to identify, with specificity and without equivocation, her employer at the time of the events sued upon and shall do so not later than June 5, 2017; and

(4) the defendants' Fed. R. Civ. P. 12(b)(6) motion with regard to defendants AT&T Mobility Services, LLC and AT&T Corp. is DENIED without prejudice to their right to refile the motion, if necessary and appropriate, following the plaintiff's amendment of her complaint.

Lafayette, Louisiana, this 5th day of May, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE